**No. 10-5065. Rudy Stanko, Petitioner v. Ricardo Rios, Warden, et al.**

562 U.S. 805, 131 S. Ct. 236, 178 L. Ed. 2d 7, 2010 U.S. LEXIS 7692.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 366 Fed. Appx. 706.

**No. 10-5070. Ronald G. Dandar, Petitioner v. Mark Krysevig, et al.**

562 U.S. 805, 131 S. Ct. 236, 178 L. Ed. 2d 7, 2010 U.S. LEXIS 7805.

Same case below, 371 Fed. Appx. 251.

**No. 10-5115. Ralph O. Douglas, Petitioner v. Harris County District Attorney, et al.**

562 U.S. 805, 131 S. Ct. 243, 178 L. Ed. 2d 7, 2010 U.S. LEXIS 7751.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 370 Fed. Appx. 476.

**No. 10-5172. Montgomery Blair Sibley, Petitioner v. District of Columbia Court of Appeals.**

562 U.S. 806, 131 S. Ct. 253, 178 L. Ed. 2d 7, 2010 U.S. LEXIS 7763.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District of Columbia Court of Appeals dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 990 A.2d 483.

**No. 10-5176. Robert L. Rehberger, Petitioner v. Henry County, Georgia, et al.**

562 U.S. 806, 131 S. Ct. 254, 178 L. Ed. 2d 7, 2010 U.S. LEXIS 7759.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.